**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| *In re:* § § § **ROBERT SCOTT IHRIG,** § § *Debtor* § § | § § § § § § § | Case No. 24-10067-cgb (Chapter 7) |
| **ROBERT SCOTT IHRIG,** *Plaintiff,* vs. **UNITED STATES OF AMERICA, DEPARTMENT OF EDUCATION,** *Defendant* | § § § § § § § § § § § § | Adversary Proceeding No. 24-01025-cgb |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
COMPLAINT, WITHOUT PREJUDICE TO REFILING**

ROBERT SCOTT IHRIG, the Debtor in the above entitled and numbered Chapter 7 bankruptcy case and the Plaintiff in the above-entitled and numbered adversary proceeding ("Plaintiff"), by and through his undersigned counsel of record, moves the Court to dismiss this adversary proceeding, without prejudice to Plaintiff's right to file the same or a similar complaint at a future date, and in support of such requested dismissal, states the following:

1. After consultation between Plaintiff and his undersigned counsel, Plaintiff has voluntarily decided not to further prosecute his adversary complaint in this case at this time. Plaintiff has instructed his undersigned counsel to file this motion for voluntary dismissal of his complaint but wishes to reserve his right to file the same or a similar complaint in the future.

2. Plaintiff's undersigned counsel has discussed the requested relief with Steven B. Bass, Assistant United States Attorney, the counsel of record for the Defendant, United States of

America, Department of Education, and Mr. Bass stated that he does not oppose this motion.

FOR THE REASONS STATED ABOVE, Plaintiff asks this Court to enter an order dismissing the Complaint initiating this adversary proceeding, without prejudice to Plaintiff's right to file the same or a similar complaint in the future.

/s/ B. Weldon Ponder, Jr.
B. WELDON PONDER, JR.
Attorney at Law
State Bar of Texas No. 16110400
Spicewood Professional Office
4408 Spicewood Springs Road
Austin, Texas 78759
Phone (512) 342-8222 / Fax (512) 342-8444
Email address: welpon@austin.rr.com

COUNSEL FOR THE PLAINTIFF,
ROBERT SCOTT IHRIG

## CERTIFICATE OF SERVICE

I, B. Weldon Ponder, Jr., the attorney for the Plaintiff, Robert Scott Ihrig, hereby certifies that on the 15th day of October, 2024, a true and correct copy of the foregoing motion was served upon the attorney of record for the Defendant, United States of America, Department of Education, by the method of service indicated:

Steven B. Bass
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
[Served via the CM/ECF electronic noticing system]

/s/ B. Weldon Ponder, Jr.
B. Weldon Ponder, Jr.